# United States Court of Appeals

### For the Seventh Circuit
Chicago, Illinois  60604

July 20, 2011

WILLIAM J. BAUER, Circuit Judge

JOEL M. FLAUM, Circuit Judge

DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br><br>No. 09-3967          v.<br><br>STEPHEN WALTOWER,<br>     *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 08 cr 00186<br><br>David H. Coar,<br>     *Judge.* |

O R D E R

The opinion issued in the above-entitled case on July 5, 2011, is hereby amended as follows:

On page 9, line 27, "30-month" should be changed to "360-month".